IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT R. PORTER, ) | |
| ) | Civil Action No. 04 - 464 |
| Plaintiff, ) | |
| ) | Judge Thomas M. Hardiman / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| DAVE BLAKE, Corrections ) | Doc. No. 41 |
| Officer; and BARRY WRIGHT, ) | |
| Corrections Officer, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**AND NOW,** this 28th day of August, 2006, upon consideration of Plaintiff's Motion for an Order Compelling Discovery, said Motion is **DENIED** based upon the stay order entered by this Court on August 2, 2006.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   ROBERT R. PORTER
      DU-6434
      SCI Camp Hill
      P.O. Box 200
      Camp Hill, PA 17001

      Counsel of Record